UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:09CR200(AWT) |
| LUIS SOTO | : | May 18, 2010 |

MOTION TO SUPPRESS CELL SITE LOCATION INFORMATION

The defendant respectfully moves the Court, pursuant to Rule 41 of the Federal Rules of Criminal Procedure and the Fourth Amendment to the Constitution, to suppress the cell site location information the government has obtained in this case. The government did not comply with Rule 41 of the Federal Rules of Criminal Procedure or the Fourth Amendment in obtaining this information. That is, the government did not obtain this information by means of a warrant based upon a showing of probable cause. Instead, the government obtained this information based on incorrect reliance on 18 U.S.C. § 2703 with an affidavit alleging it "has shown specific and articulable facts indicating that there are reasonable grounds to believe that the information and records sought are relevant and material to an ongoing criminal investigation." The information the government obtained, however, does not fall within the scope of 18 U.S.C. § 2703, and a warrant was required.

The defendant supports this motion with the accompanying memorandum of law.

                Respectfully submitted,

                THE DEFENDANT,
                Luis Soto

                THOMAS G. DENNIS
                FEDERAL DEFENDER

Dated: May 18, 2010

                _____
                Terence S. Ward
                Assistant Federal Defender
                10 Columbus Blvd, 6th FL
                Hartford, CT 06106
                Phone: (860) 493-6260

- 2 -

Bar No.: ct00023
Email: terence.ward@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2010, a copy of the foregoing motion to suppress cell site location information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Terence S. Ward